**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **ARNOLD PALMER,** | |
| Plaintiff, | |
| v. | Civil Action 7:11-CV-126 (HL) |
| **CATERPILLAR, INC.,** | |
| Defendant. | |
| **ANGELA JEST,** | |
| Plaintiff, | |
| v. | Civil Action 7:11-CV-161 (HL) |
| **ARCHBOLD MEDICAL CENTER, INC.,** | |
| Defendants. | |

## ORDER

The Court orders as follows:

1.     Attorneys Marie A. Mattox and Erika E. Goodman are required to appear before the Court on Tuesday, November 6, 2012 in Macon at 1:30 p.m. to discuss these cases and their attempts to withdraw from representation after dispositive motions have been filed. Counsel for Defendant in both cases should also attend.

2.     Arnold Palmer and Angela Jest are also required to attend the hearing. It is Plaintiffs' counsel's obligation to ensure that both Plaintiffs are present. Plaintiffs' counsel will subject themselves to sanctions if either Plaintiff does not attend.

3.      The Motion to Enforce Settlement Agreement (Doc. 20) filed in the Palmer case will be heard during this hearing.

4.      The Motion for Extension of Time (Doc. 21) filed in the Palmer case is denied.

**SO ORDERED**, this 12th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh