**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **ANGELA JEST,** | |
| Plaintiff, | |
| v. | Civil Action No. 7:11-cv-161 (HL) |
| **ARCHBOLD MEDICAL CENTER, INC.,** | |
| Defendant. | |

**ORDER**

Pursuant to the hearing held on November 6, 2012, the Court orders Plaintiff Angela Jest to file a response to the pending Motion for Summary Judgment on or before November 20, 2012. If Defendant Archbold Medical Center, Inc. determines that a reply is necessary, defense counsel is ordered to contact the Court in the form of a motion requesting leave to file a reply.

**SO ORDERED**, this 7th day of November, 2012.


                                        *s/ Hugh Lawson*
                                        HUGH LAWSON, SENIOR JUDGE


ebr