IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ANGELA JEST,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ARCHBOLD MEDICAL CENTER, INC.,**<br><br>    Defendant. | Civil Action No. 7:11-cv-161 (HL) |

ORDER

Pursuant to the hearing held on November 6, 2012, the Court orders Plaintiff Angela Jest to file a response to the pending Motion for Summary Judgment on or before November 20, 2012. If Defendant Archbold Medical Center, Inc. determines that a reply is necessary, defense counsel is ordered to contact the Court in the form of a motion requesting leave to file a reply.

**SO ORDERED**, this 7th day of November, 2012.

                                             *s/ Hugh Lawson*
                                             HUGH LAWSON, SENIOR JUDGE

ebr